IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EDWARD LEVI JONES, et al.,

        Plaintiff,

   vs.                          Case No. 3:04cv214

HARCO BRAKE SYSTEMS, INC., et al.,     JUDGE WALTER HERBERT RICE

        Defendants.

---

DECISION AND ENTRY ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #58) IN THEIR ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #59) OVERRULED; PLAINTIFF'S MOTION FOR PRETRIAL RELIEF UNDER RULE 60(b) (DOC. #25) AND PLAINTIFF'S MOTION TO RENEW (DOC. #55) DENIED; FORMER DEFENDANTS' MOTION TO STRIKE (DOC. #56) DENIED, AS MOOT; MATTER REMAINS WITH THE UNITED STATES MAGISTRATE JUDGE

---

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge in her Supplemental Report and Recommendations (Doc. #58), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Supplemental Report and Recommendations are adopted in their entirety.  The Plaintiffs' Objections to said judicial filing (Doc. #59) are overruled.  Plaintiffs' Motion for Pretrial Relief under Rule 60(b) (Doc. #25) and their Motion to Renew (Doc. #55) are denied.  The former Defendants' Motion to

Strike (Doc. #56) is denied, as moot.

The captioned cause is, once again, remanded to the Magistrate Judge for continued pretrial management.

|  |  |
|---|---|
| February 1, 2008 | /s/ Walter Herbert Rice <br> WALTER HERBERT RICE <br> UNITED STATES DISTRICT JUDGE |

Copies to:

Edward Levi Jones, Pro Se
Jewell Evette Jones, Pro Se
Laura L. Wilson, Esq./C. Mark Kingseed, Esq.

Magistrate Judge Sharon L. Ovington